UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER CHUNN,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT,

    Defendant

                                 /

No. C 15-5040 MEJ (PR)

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS IN FORMA PAUPERIS APPLICATION**

On November 3, 2015, plaintiff, an inmate at the Solano County Jail, filed a *pro se* petition for a writ of mandamus. The same day, the clerk of the Court notified plaintiff that his application to proceed in forma pauperis ("IFP") was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. (Docket No. 3.) On November 19, 2015, plaintiff filed a certificate of funds, but it was still missing the required trust account statement. (Docket No. 6.)

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing document, i.e., a copy of his prisoner trust account statement showing transactions for the last six months, no later than **twenty-eight (28)** days from the date this order is filed. In the alternative, plaintiff may pay the full $400.00 filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

IT IS SO ORDERED.

DATED: February 25, 2016

Maria-Elena James
United States Magistrate Judge