UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER CHUNN,  
        Plaintiff,  
  v.  
UNITED STATES DISTRICT COURT,  
        Defendant.

No. C 15-5040 MEJ (PR)

**ORDER OF DISMISSAL**

On November 3, 2015, plaintiff, an inmate at the Solano County Jail, filed a *pro se* petition for a writ of mandamus. The same day, the clerk of the Court notified plaintiff that his application to proceed in forma pauperis ("IFP") was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. (Docket No. 3.) On November 19, 2015, plaintiff filed a certificate of funds, but it was still missing the required trust account statement. (Docket No. 6.)

On February 25, 2016, the Court granted plaintiff an extension of time of twenty-eight days to file the missing document. On March 18, 2016, the Court's February 25, 2016 order was returned as undeliverable with the notation that plaintiff was not in custody. As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED: _____May 18, 2016_____           _____
                                         Maria-Elena James
                                         United States Magistrate Judge